Todd M. Friedman (SBN 216752)
Matthew R. Snyder (SBN 350907)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
msnyder@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAYLA WIEDERKEHER,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **BLACKSTONE MEDICAL SERVICES, LLC;** DOES 1-10 Inclusive**,** <br><br> Defendant. | Case No: 2:24-cv-2082-JAK-AS <br><br> The Honorable John A. Kronstadt <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that she has reached a settlement as to Plaintiff's claims against Blackstone Medical Services, LLC. Plaintiff and Blackstone Medical Services, LLC anticipate they will be able to submit a Stipulation of Dismissal within 90 days.

Dated: August 29, 2024         **Law Offices of Todd M. Friedman, P.C.**

                             By:   /s/ Todd M. Friedman, Esq.
                                   Todd M. Friedman
                                   Attorneys for Plaintiff

1  Filed electronically on this 29th Day of August, 2024, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically via the Court's ECF system to:

5  Honorable Judge John A. Kronstadt

6  United States District Court
7  Central District of California

8  And all Counsel of Record as recorded on the Electronic Service List.

9

10  This 29th Day of August, 2024

11
   /s/Todd M. Friedman, Esq.
12     Todd M. Friedman